NATHANAEL R. RULIS, ESQ., SBN 11259
n.rulis@kempjones.com
MADISON ZORNES-VELA, ESQ., SBN 13626
m.zornes-vela@kempjones.com
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
Telephone: (702) 385-6000

JONATHAN P. WOLFERT, ESQ. (*Pro Hac Vice to Be Filed*)
jwolfert@seyfarth.com
JEREMY SCHACHTER, ESQ (*Pro Hac Vice to Be Filed*)
jschachter@seyfarth.com
SEYFARTH SHAW LLP
620 Eighth Avenue
32nd Floor
New York, NY 10018-1405

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BLITZ NV, LLC.,<br><br>       Plaintiff,<br><br>   v.<br><br>INTERACTIVE GAMES TECHNOLOGIES INC., formerly i3 INTERACTIVE INC.<br><br>       Defendant. | Case No.: 2:21-cv-01890-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 1)**<br><br>**[FIRST REQUEST]** |

Defendants INTERACTIVE GAMES TECHNOLOGIES INC., formerly i3 INTERACTIVE INC. ("Defendant"), by and through its counsel of record, KEMP JONES, LLP, and Plaintiff BLITZ NV, LLC ("Plaintiff"), by and through its counsel of record FLANGAS LAW GROUP, hereby stipulate and agree as follows:

1. On October 13, 2021, Plaintiff filed its Complaint for Copyright Infringement (ECF No. 1) (the "Complaint");

1

2. According to the Affidavit of Service (ECF No. 5) filed in this action by Plaintiff, Plaintiff served Defendant by serving copies of pleadings from this action on Karan Pahal, an accountant at 810-789 West Pender Street, Vancouver, British Columbia on October 14, 2021;

3. Defendant shall have an extension of time to December 6, 2021, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1);

4. This extension is requested to provide defense counsel, who was recently retained, with sufficient time to review and respond to Plaintiff's Complaint;

5. The stipulated extension to the briefing schedule will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case, of which there are currently none. This is the first request for a continuance of these deadlines.

DATED: November 4th, 2021.

| FLANGAS LAW GROUP | KEMP JONES, LLP |
|---|---|
| /s/ Kimberly Stein | /s/ Nathanael Rulis |
| KIMBERLY P. STEIN, ESQ., SBN 8675<br>3275 South Jones Boulevard, Suite 105<br>Las Vegas, Nevada 89146<br><br>*Attorneys for Plaintiff* | NATHANAEL R. RULIS, ESQ., SBN 11259<br>MADISON ZORNES-VELA, ESQ., SBN 13626<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169<br><br>JONATHAN P. WOLFERT, ESQ.<br>*PRO HAC VICE TO BE FILED*<br>JEREMY SCHACHTER, ESQ.<br>*PRO HAC VICE TO BE FILED*<br>SEYFARTH SHAW LLP<br>620 Eighth Avenue<br>32nd Floor<br>New York, NY 10018-1405<br><br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: 11/5/2021
CASE NO. 2:21-cv-01890

**PROOF OF SERVICE**

I hereby certify that on the 4th day of November, 2021, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF NO. 1)** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

                                                               */s/ Pamela Montgomery*
                                                             An employee of Kemp Jones, LLP