Aaron Twersky, Esq.
**TWERSKY PLLC**
747 Third Avenue, 32nd Floor
New York, New York 10017
Telephone: (212) 425-0149
E-mail: atwersky@twerskylaw.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BLITZ NV, LLC, | Case No.: 2:21-cv-01890-JCM-DJA |
| Plaintiff, | **SUBSTITUTION OF COUNSEL** |
| v. | |
| INTERACTIVE GAMES TECHNOLOGIES INC. formerly i3 INTERACTIVE INC., | |
| Defendant. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that, subject to approval by the Court, Defendant Interactive Games Technologies Inc. formerly i3 Interactive Inc. ("Defendant") substitutes Aaron Twersky, Esq. as counsel of record in place of Seyfarth Shaw LLP--Jeremy Schachter, Esq. and Jonathan P. Wolfert, Esq.  Contact information for new counsel is as follows:

Aaron Twersky, Esq.
Twersky PLLC
747 Third Avenue, 32nd Floor
New York, New York 10017
212-425-0149 (phone)
atwersky@twerskylaw.com (email)

Dated: New York, New York
September 29, 2022

**INTERACTIVE GAMES TECHNOLOGIES INC.**

By: _____
Binyomin Posner, Director

| | |
|---|---|
| **TWERSKY PLLC** | **SEYFARTH SHAW LLP** |
| By: _____<br>Aaron Twersky, Esq.<br>Admitted *Pro hac Vice*<br>747 Third Avenue, 32nd Floor<br>New York, New York 10017<br><br>*Incoming Attorneys for Defendant Interactive Games Technologies Inc.* | By: _____<br>Jeremy Schachter, Esq.<br>Jonathan P. Wolfert, Esq.<br>620 Eighth Avenue<br>New York, New York 10018<br><br>*Outgoing Attorneys for Defendant Interactive Games Technologies Inc.* |

**SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2022